# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| ABENGOA, S.A., *et al.*,[1] ) | |
| ) | Case No. 16-10754 |
| Debtors in a Foreign Proceeding. ) | |
| ) | (Joint Administration Requested) |
| ) | |

## DECLARATION OF R. CRAIG MARTIN
## REGARDING DETERMINATION OF FOREIGN LAW

R. CRAIG MARTIN, Esq., hereby declares as follows:

1. I am a partner of the law firm of DLA Piper LLP (US), with offices at 1201 North Market Street, Suite 2100, Wilmington, Delaware. I am a member in good standing of the bar of the State of Delaware and licensed to practice before this Court.

2. DLA Piper LLP (US) is counsel to Christopher Morris, in his capacity as the foreign representative (the **"Foreign Representative"**) of foreign debtors, Abengoa, S.A. and its related subsidiaries and affiliates (**"Abengoa"** or the **"Foreign Debtors"**), in a foreign proceeding (the **"Spanish Proceeding"**) pending in the Commercial Court in Seville, Spain (the **"Spanish Court"**).

---

[1] The last four digits of the Employer Identification Number or Spanish Tax Number, as appropriate, for each debtor follow in parentheses: Abengoa, S.A. (7844); Abeinsa Asset Management, S.L. (formerly Abener Inversiones, S.L.) (4597); Abeinsa Inversiones Latam, S.L. (formerly Dimange Inversiones 2009, S.L.) (9680); Abeinsa, Ingeniería y Construcción Industrial, S.A. (1355); Abencor Suministros S.A. (9461); Negocios Industriales Y Comerciales, S.A. (5977); Abener Energía, S.A. (1759); Abengoa Bioenergía, S.A. (3249); Abeinsa Infraestructuras Medio Ambiente, S.A. (formerly Befesa Agua) (0792); Abengoa Finance, S.A. (0266); Abengoa Concessions, S.L. (8044); Abengoa Solar España, S.A. (formerly Solúcar Energía, S.A.) (5314); Abengoa Solar New Technologies S.A. (formerly Solúcar, Investigación y Desarrollo (Solúcar, R&D), S.A.) (2116); Abentel Telecomunicaciones, S.A. (0178); Asa Desulfuración, S.A. (formerly Befesa Desulfuración, S.A.) (0823); Bioetanol Galicia, S.A. (2146); Ecoagrícola, S.A. (1986); Instalaciones Inabensa, S.A. (2466); Europea de Construcciones Metálicas, S.A. (1303); Siema Technologies, S.L. (formerly Telvent Corporation) (3340); Teyma, Gestión de Contratos de Construcción e Ingeniería, S.A. (5852); Abengoa Water, S.L. (formerly Befesa Water Projects S.L) (6958); Abengoa Solar S.A. (formerly Solúcar Solar) (9982); Abengoa Greenfield S.A.U. (3677); Abengoa Greenbridge, S.A.U. (8452).

3. I submit this Declaration to provide the Court with relevant material about Spain's law on insolvency in accordance with Federal Rule of Civil Procedure 44.1, as made applicable to these cases by Federal Rule of Bankruptcy Procedure 9017.

4. The Foreign Debtors have deposited a retainer with DLA Piper LLP (US) in which each of the Foreign Debtors has a pro rata ownership interest.  These funds are held in a Wells Fargo bank client trust account in the State of Delaware in accordance with Delaware Rule of Professional Responsibility 1.5.

5. **Exhibit 1** is a true and correct copy of the Abengoa's Group Consolidated Condensed Financial Statements as of December 31, 2015.

6. **Exhibit 2** is a true and correct copy of the Viability Plan.

7. **Exhibit 3** is a true and correct copy of the presentation of the standstill agreement to the financial lenders.

8. **Exhibit 4** is a true and correct copy of EC Regulation 1346/2000.

9. **Exhibit 5** is a composite exhibit containing unpublished orders downloaded from PACER relied upon in various papers filed with the Court.

10. **Exhibit 6** is a composite exhibit containing orders downloaded from PACER in other jurisdictions where bankruptcy courts have recognized proceedings filed under the Spanish insolvency law as main proceedings under chapter 15 of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: Wilmington, Delaware
      March 28, 2016                              By:    */s/ R. Craig Martin*

                                                                             R. Craig Martin