**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| ABENGOA, S.A., *et al.*,[1] | ) Case No. 16-10754 (KJC) |
| Debtors in a Foreign Proceeding. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Related D.I.: 143, 153, 155, 156, 157, 158, 159, & 162** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
UNDER 11 U.S.C. §§ 1507 AND 1521 RECOGNIZING AND ENFORCING
THE ORDER OF THE SPANISH COURT HOMOLOGATING A RESTRUCTURING
AGREEMENT AND GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On November 18, 2016, Javier Ramírez Alarcón, in his capacity as the foreign representative (the "**Foreign Representative**") of foreign debtors Abengoa, S.A. ("**Abengoa**") and certain of its related subsidiaries and affiliates (collectively, the "**Foreign Debtors**"), in a foreign proceeding (the "**Spanish Proceeding**") pending in the Mercantile Court in Seville, Spain (the "**Spanish Court**"), by and through his undersigned counsel, DLA Piper LLP (US), filed the *Motion of the Foreign Representative for an Order Under 11 U.S.C. §§ 1507 and 1521 Recognizing and Enforcing the Order of the Spanish Court Homologating a Restructuring*

---

[1] The last four digits of the Employer Identification Number or Spanish Tax Number, as appropriate, for each debtor follow in parentheses: Abengoa, S.A. (7844); Abeinsa Asset Management, S.L. (formerly Abener Inversiones, S.L.) (4597); Abeinsa Inversiones Latam, S.L. (formerly Dimange Inversiones 2009, S.L.) (9680); Abeinsa, Ingeniería y Construcción Industrial, S.A. (1355); Abencor Suministros S.A. (9461); Negocios Industriales Y Comerciales, S.A. (5977); Abener Energía, S.A. (1759); Abengoa Bioenergía, S.A. (3249); Abeinsa Infraestructuras Medio Ambiente, S.A. (formerly Befesa Agua) (0792); Abengoa Finance, S.A. (0266); Abengoa Concessions, S.L. (8044); Abengoa Solar España, S.A. (formerly Solúcar Energía, S.A.) (5314); Abengoa Solar New Technologies S.A. (formerly Solúcar, Investigación y Desarrollo (Solúcar, R&D), S.A.) (2116); Abentel Telecomunicaciones, S.A. (0178); Asa Desulfuración, S.A. (formerly Befesa Desulfuración, S.A.) (0823); Bioetanol Galicia, S.A. (2146); Ecoagrícola, S.A. (1986); Instalaciones Inabensa, S.A. (2466); Europea de Construcciones Metálicas, S.A. (1303); Siema Technologies, S.L. (formerly Telvent Corporation) (3340); Teyma, Gestión de Contratos de Construcción e Ingeniería, S.A. (5852); Abengoa Water, S.L. (formerly Befesa Water Projects S.L) (6958); Abengoa Solar S.A. (formerly Solúcar Solar) (9982); Abengoa Greenfield S.A.U. (3677); Abengoa Greenbridge, S.A.U. (8452).

*Agreement and Granting Related Relief* [D.I. 143] (the "**Recognition and Enforcement Motion**").

2. As stated in the *Notice of Motion of the Foreign Representative for an Order Under 11 U.S.C. §§ 1507 and 1521 Recognizing and Enforcing the Order of the Spanish Court Homologating a Restructuring Agreement and Granting Related Relief* [D.I. 143-1], objections to entry of an order approving the relief requested in the Recognition and Enforcement Motion were due by 4:00 p.m. (prevailing Eastern Time) on December 2, 2016, and the hearing was set for December 6, 2016 (the "**Hearing**").

3. On December 2, 2016, objections and a joinder (collectively, "**Objections**") were filed by the following parties: (i) AIG Insurance Company—Puerto Rico ("**AIG**") [D.I. 155], (ii) Atlantic Specialty Insurance Company and its Affiliates OneBeacon Insurance Group and OneBeacon Surety ("**Atlantic Specialty**") [D.I. 156], (iii) RLI Insurance Company ("**RLI**") [D.I. 158], (iv) Joinder of Nationwide Mutual Insurance Company ("**Nationwide**") to the objection of AIG Insurance Company—Puerto Rico [D.I. 159], and (v) Limited Objection [D.I. 157] by the Official Committee of Unsecured Creditors of the chapter 11 cases of *Abeinsa Holding Inc.*, et al. (the "**Committee,**" and together with AIG, Atlantic Specialty, RLI, and Nationwide, the "**Objecting Parties**").

4. On December 5, 2016, in response to the Objections, the Foreign Representative filed a *Reply Brief in Support of the Motion of the Foreign Representative for an Order Under 11 U.S.C. §§ 1507 and 1521 Recognizing and Enforcing the Order of the Spanish Court Homologating a Restructuring Agreement and Granting Related Relief* [D.I. 162], attaching a revised proposed order (the "**Revised Proposed Order**") that reflected changes made to the initial proposed order submitted with the Recognition and Enforcement Motion as a result of

discussions between counsel to the Foreign Representative and the Objecting Parties.

5.     At the Hearing, upon request of certain Objecting Parties, the Foreign Representative made further modifications to the Revised Proposed Order, which are reflected in the order attached to this Certification of Counsel as <u>Exhibit A</u> (the "**Final Revised Proposed Order**"). A redlined version of the Final Revised Proposed Order, reflecting such further modifications, is attached to this Certification of Counsel as <u>Exhibit B</u>.

6.     Counsel to the Foreign Representative has conferred with and obtained consents of the Objecting Parties in support of entry of the Final Revised Proposed Order in the form attached to this Certification of Counsel as Exhibit A.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: Wilmington, Delaware
December 6, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ R. Craig Martin*
R. Craig Martin, Esq. (Bar No. 5032)
1201 North Market Street, 21st Floor
Wilmington, DE 19801
Telephone: 302.468.5700
Facsimile:  302. 778.7834
E-mail: Craig.Martin@dlapiper.com

- and -

Richard A. Chesley, Esq.
Oksana Koltko Rosaluk, Esq.
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Telephone: 312.368.4000
Facsimile: 312.236.7516
E-mail: Richard.Chesley@dlapiper.com
       Oksana.KoltkoRosaluk@dlapiper.com

*Attorneys for Foreign Representative of Foreign Debtors, Abengoa, S.A. and its related subsidiary petitioners*