# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: Chapter 15
In re: :
: Case No. 16-10754 (LSS)
ABENGOA, S.A., *et al.*,[1] :
: (Jointly Administered)
:
Debtors in a Foreign Proceeding. :
:
------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 22, 2019 AT 10:30 A.M. (ET)[2]

## MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):

1.  Foreign Representative's Final Report and Motion to Close Case [D.I. 213; Filed 7/16/19].

    **Response Deadline**: August 16, 2019 at 4:00 p.m. (ET).

    **Related Documents**:

    A.  Certificate of No Objection Regarding Foreign Representative's Final Report and Motion to Close Case [D.I. 213; Filed 7/16/19].

    **Responses Received**: Informal comments from Drivetrain, LLC, Litigation Trustee and Liquidating Trustee to Abeinsa Holdings, Inc.

---

[1] The last four digits of the Employer Identification Number or Spanish Tax Number, as appropriate, for each debtor follow in parentheses: Abengoa, S.A. (7844); Abeinsa Asset Management, S.L. (formerly Abener Inversiones, S.L.) (4597); Abeinsa Inversiones Latam, S.L. (formerly Dimange Inversiones 2009, S.L.) (9680); Abeinsa, Ingeniería y Construcción Industrial, S.A. (1355); Abencor Suministros S.A. (9461); Negocios Industriales Y Comerciales, S.A. (5977); Abener Energía, S.A. (1759); Abengoa Bioenergía, S.A. (3249); Abeinsa Infraestructuras Medio Ambiente, S.A. (formerly Befesa Agua) (0792); Abengoa Finance, S.A. (0266); Abengoa Concessions, S.L. (8044); Abengoa Solar España, S.A. (formerly Solúcar Energía, S.A.) (5314); Abengoa Solar New Technologies S.A. (formerly Solúcar, Investigación y Desarrollo (Solúcar, R&D), S.A.) (2116); Abentel Telecomunicaciones, S.A. (0178); Asa Desulfuración, S.A. (formerly Befesa Desulfuración, S.A.) (0823); Bioetanol Galicia, S.A. (2146); Ecoagrícola, S.A. (1986); Instalaciones Inabensa, S.A. (2466); Europea de Construcciones Metálicas, S.A. (1303); Siema Technologies, S.L. (formerly Telvent Corporation) (3340); Teyma, Gestión de Contratos de Construcción e Ingeniería, S.A. (5852); Abengoa Water, S.L. (formerly Befesa Water Projects S.L) (6958); Abengoa Solar S.A. (formerly Solúcar Solar) (9982); Abengoa Greenfield S.A.U. (3677); Abengoa Greenbridge, S.A.U. (8452).

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

EAST\168789734.1

**Status**: A Certificate of No Objection has been filed, therefore no hearing is necessary unless the Court has questions.

Dated: August 20, 2019
Wilmington, Delaware

Respectfully submitted,

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@dlapiper.com

-and-

Richard A. Chesley (IL 6240877)
Oksana Koltko Rosaluk (IL 6303739)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: richard.chesley@dlapiper.com
         oksana.koltko@us.dlapiper.com

*ATTORNEYS FOR FOREIGN REPRESENTATIVE*