IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re: : Chapter 15
:
ABENGOA, S.A., *et al.*,[1] : Case No. 16-10754 (LSS)
:
: (Jointly Administered)
Debtors in a Foreign Proceeding. :
: **Related D.I.: 213**
---------------------------------------------------------x

## ORDER CLOSING THIS CHAPTER 15 CASE

Upon consideration of the *Final Report and Motion of Foreign Representative to Close Case* (the "**Final Report and Motion**"),[2] filed by and on behalf of Javier Ramírez Alarcón, in his capacity as the foreign representative of Abengoa, S.A. and certain of its related subsidiaries and affiliates in a foreign proceeding in the Mercantile Court in Seville, Spain; and upon consideration of any responses or oppositions to the Final Report and Motion; and the Court having jurisdiction to consider the Final Report and Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the "Amended Standing Order of Reference" from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this

---

[1] The last four digits of the Employer Identification Number or Spanish Tax Number, as appropriate, for each debtor follow in parentheses: Abengoa, S.A. (7844); Abeinsa Asset Management, S.L. (formerly Abener Inversiones, S.L.) (4597); Abeinsa Inversiones Latam, S.L. (formerly Dimange Inversiones 2009, S.L.) (9680); Abeinsa, Ingeniería y Construcción Industrial, S.A. (1355); Abencor Suministros S.A. (9461); Negocios Industriales Y Comerciales, S.A. (5977); Abener Energía, S.A. (1759); Abengoa Bioenergía, S.A. (3249); Abeinsa Infraestructuras Medio Ambiente, S.A. (formerly Befesa Agua) (0792); Abengoa Finance, S.A. (0266); Abengoa Concessions, S.L. (8044); Abengoa Solar España, S.A. (formerly Solúcar Energía, S.A.) (5314); Abengoa Solar New Technologies S.A. (formerly Solúcar, Investigación y Desarrollo (Solúcar, R&D), S.A.) (2116); Abentel Telecomunicaciones, S.A. (0178); Asa Desulfuración, S.A. (formerly Befesa Desulfuración, S.A.) (0823); Bioetanol Galicia, S.A. (2146); Ecoagrícola, S.A. (1986); Instalaciones Inabensa, S.A. (2466); Europea de Construcciones Metálicas, S.A. (1303); Siema Technologies, S.L. (formerly Telvent Corporation) (3340); Teyma, Gestión de Contratos de Construcción e Ingeniería, S.A. (5852); Abengoa Water, S.L. (formerly Befesa Water Projects S.L) (6958); Abengoa Solar S.A. (formerly Solúcar Solar) (9982); Abengoa Greenfield S.A.U. (3677); Abengoa Greenbridge, S.A.U. (8452).

[2] All capitalized terms used but not defined in this Order have the meaning given to them in the Final Report and Motion.

EAST\168790067.2

proceeding being a core proceeding under 28 U.S.C. § 157(b)(2); and venue of this case being proper in this district under 28 U.S.C. § 1410; and notice of the Final Report and Motion and the opportunity for a hearing on the Final Report and Motion having been appropriate; and the Court having determined that the relief requested in the Final Report and Motion is appropriate and necessary to effectuate the purposes of chapter 15 of title 11 of the United States; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. The Foreign Debtors cases under chapter 15 of the Bankruptcy Code, jointly administered as Case No. 16-10754, are hereby closed, without prejudice to the right of the Foreign Representative or any other foreign representative appointed in his stead to seek an order reopening the case under section 350(b) of the Bankruptcy Code.

3. The Clerk of the Court is directed to mark the docket in the Foreign Debtors' cases as closed.

4. Notwithstanding the closure of this chapter 15 case, the Orders of this Court entered in these cases, including, but not limited to, the Recognition Order and the MRA Order shall remain in full force and effect in the United States and be binding on, and enforceable in accordance with their terms against, all persons subject to this Court's jurisdiction.

5. Except as expressly provided in the Spanish Proceeding, all persons subject to this Court's jurisdiction shall be prohibited from taking any action within the territorial jurisdiction of the United States that is inconsistent with the terms of the MRA Order.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Final Report and Motion, the Petitions, or the implementation of this Order.

Dated: August 21, 2019
Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE